UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| REBECCA HOLLIDAY,<br>           Plaintiff, | No. C 09-4995 RS |
| v. | **ORDER RE: ATTENDANCE** |
| LIFESTYLE LIFT, INC., et al.,<br>           Defendants._____/ | Date:         May 5, 2011<br>Mediator:   Paul Garrison |

   IT IS HEREBY ORDERED that the request for defendants Gordon Quick and Dr. David Kent to appear telephonically at the May 5, 2011 ENE before Paul Garrison is GRANTED.  Both Mr. Quick and Dr. Kent shall be available at all times to participate in the ENE in accordance with ADR L.R. 5-10(f).

   IT IS SO ORDERED.

April 25, 2011          By:          *Elizabeth D. Laporte*
Dated                                            Elizabeth D. Laporte
                                        United States Magistrate Judge