***E-Filed 12/15/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

REBECCA HOLLIDAY, on her behalf and on behalf of other similarly situated,

        Plaintiffs,

v.

LIFESTYLE LIFT, INC. et al.,

        Defendants.

No. C 09-4995 RS

**ORDER TO SHOW CAUSE**

On November 10, 2011, defendants filed a motion to dismiss plaintiff's complaint or, in the alternative, to deny class certification. Plaintiff failed either to oppose defendant's motion or to appear at the motion hearing held on December 15, 2011. In light of this failure, plaintiff is ordered within 20 days to file a declaration indicating whether she has abandoned the case and if not, why she has neglected either to oppose defendant's motion or to appear at the hearing. In the event that plaintiff makes no filing, this action will be automatically dismissed with prejudice.

IT IS SO ORDERED.

Dated: 12/15/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE