*E-Filed 1/10/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA HOLLIDAY, on her behalf and on behalf of other similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>LIFESTYLE LIFT, INC. et al.,<br><br>  Defendants. | No. C 09-4995 RS<br><br>**DISMISSAL WITH PREJUDICE** |

Plaintiff has failed to comply with the Court's Order to Show Cause by either opposing defendant's motion to dismiss or filing a declaration indicating whether she has abandoned the case. This action will be dismissed with prejudice.

IT IS SO ORDERED.

Dated: 1/10/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER